UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Bryan, Jr.

    v.                                         Case No. 24-cv-309-SE

US Citizenship and Immigration Services

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated June 30, 2025 (doc. no. 27) for the reasons explained therein and on one additional ground. To the extent that the state court may have had jurisdiction over the plaintiff's request that it declare him a citizen notwithstanding its inability to grant the relief requested, the plaintiff has failed to state a claim upon which relief may be granted for the reasons stated in the defendant's motions to dismiss (doc. nos. 3, 7). The defendant's motions to dismiss are granted. All other pending motions are denied as moot.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's action is dismissed in its entirety. The clerk is directed to enter judgment and close this case.

SO ORDERED.

                                                                                /s/ Samantha D. Elliott
                                                                                Samantha D. Elliott
                                                                                United States District Judge

Date: August 19, 2025
cc:    Naseef Bryan, Jr., pro se
        Counsel of Record